**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

REGINALD WAYNE SIBLEY, JR. ,

    Plaintiff,

vs.                                        Case No:  3:13-cv-429-J-20MCR

WELLS FARGO BANK
CORPORATE, LEGAL
DEPARTMENT, LATOYA WATERS,
JACKSONVILLE SHERIFFS
OFFICE, L. S. DIXON and D. P.
KAPLITZ

    Defendants.
_____/

**REPORT AND RECOMMENDATION**[1]

**THIS CAUSE** is before the Court on Plaintiff's Motion for Leave to Proceed in forma pauperis (Doc. 2) filed April 22, 2013.  On April 24, 2013, the undersigned entered an Order taking Plaintiff's request to proceed in forma pauperis under advisement and directing Plaintiff to file an amended complaint and file a fully completed Prisoner Consent Form and Financial Certificate no later than May 24, 2013. (Doc. 5).  Plaintiff was warned that "[f]ailure to comply with this Order may result in a recommendation that this action be dismissed for failure to prosecute pursuant to Local Rule 3.10(a)."  Id.  Plaintiff failed to file either the amended complaint or the Prisoner Consent Form and Financial Certificate and therefore, on May 29, 2013, the

---

[1] Any party may file and serve specific, written objections hereto within FOURTEEN (14) DAYS after service of this Report and Recommendation.  Failure to do so shall bar the party from a de novo determination by a district judge of an issue covered herein and from attacking factual findings on appeal.  See 28 U.S.C. §636(b)(1); Rule 72(b), Fed.R.Civ.P.; and Local Rule 6.02(a), United States District Court for the Middle District of Florida.

undersigned entered an Order to Show Cause (Doc. 7) directing Plaintiff to show cause why his case should not be dismissed for failing to comply with the Court's Order and failure to prosecute. Again, this Order cautioned that if Plaintiff did not respond, the undersigned would "recommend that this action be dismissed pursuant to Local Rule 3.10(a)." Id. Plaintiff was to respond no later than June 10, 2013. Id.

Plaintiff did not respond to the Order to Show Cause. Therefore, it is respectfully

**RECOMMENDED**:

This case be dismissed for failure to prosecute.

**DONE** and **ENTERED** in Jacksonville, Florida this 13th day of June, 2013.

*[signature]*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Harvey E. Schlesinger
United States District Judge,

Pro Se Plaintiff