UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

REGINALD WAYNE SIBLEY, JR.,

    Plaintiff,

v.                                              CASE NO. 3:13-cv-429-J-20MCR

WELLS FARGO BANK
CORPORATE, LEGAL
DEPARTMENT, LATOYA WATERS,
JACKSONVILLE SHERIFFS
OFFICE, L. S. DIXON and D. P.
KAPLITZ,

    Defendants.
_____/

## ORDER

THIS CAUSE is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 8), addressing Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Dkt. 2). The Magistrate Judge recommends that this case be dismissed due to Plaintiff's failure to prosecute this case. No objections were filed to the Report and Recommendation. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 8) is adopted; and

2. This case is dismissed for failure to prosecute; and

3. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of July, 2013.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Monte C. Richardson
Reginald Wayne Sibley, Jr., *Pro Se*